No. 03–566. CROWN CORK & SEAL CO. (DELAWARE), INC. *v.* COMPTROLLER OF THE TREASURY OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 03–582. LAL *v.* GE CAPITAL MORTGAGE SERVICES. Super. Ct. Pa. Certiorari denied.

No. 03–586. CANAAN *v.* BARTEE ET AL. Sup. Ct. Kan. Certiorari denied.

No. 03–588. YEAGER *v.* GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 03–597. PASCOAG RESERVOIR & DAM, LLC *v.* RHODE ISLAND ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–629. MAYS *v.* CITY OF TAMPA, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 03–631. ROBINSON *v.* TURNER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–648. CITY OF SANTA ANA, CALIFORNIA, ET AL. *v.* VIEHMEYER. C. A. 9th Cir. Certiorari denied.

No. 03–657. ELLIOT *v.* FORTIS BENEFITS INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 03–665. HAWKINS *v.* EVANS, SECRETARY OF COMMERCE. C. A. 9th Cir. Certiorari denied.

No. 03–703. MARTINEZ-PELAEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5297. PRINCE-OYIBO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5594. CURRY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.